17-132

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

_____

Funds Chairman, James J. White; Funds Treasurers, Stephen A. Cardi, Michael A. Gammino, III, and Henry Sherlock; THE IUOE LOCAL 57 HEALTH AND WELFARE FUND, Gregory E. Olson and Michael D'Ambra, Trustees; THE IUOE LOCAL 57 PENSION FUND, Edwin L. Sullivan, Jr. and Antonio B. Cardi, Trustees; THE IUOE LOCAL 57 ANNUITY FUND, Timothy E. Quillen and Antonio B. Cardi, Trustees; THE IUOE LOCAL 57 LEGAL SERVICE FUND, Gregory E. Olson and Stephen P. Lynch, Trustees; THE IUOE LOCAL 57 APPRENTICESHIP FUND, Timothy E. Quillen and Brad Bilodeau, Trustees; THE IUOE LOCAL 57 UNION ADMINISTRATION FUND, Timothy E. Quillen, Trustee; THE IUOE LOCAL 57 POLITICAL ACTION AND EDUCATION FUND, Timothy E. Quillen, Trustee; THE IUOE LOCAL 57 INDUSTRY ADVANCEMENT FUND, Michael A. Gammino III, Trustee; and THE IUOE LOCAL 57

*Plaintiffs*,

v.                                                                                              C.A. No.  1:17-CV-00582

NEW ENGLAND BUILDING & BRIDGE CO.
*Defendant*.

_____

### DISMISSAL STIPULATION

The parties agree that the above-captioned matter is hereby dismissed with prejudice.

| Plaintiffs, | Defendant, |
|---|---|
| By their attorney, | By its attorney, |
| */s/ Ryan C. Hurley* | */s/ Jackson C. Parmenter* |
| _____ | _____ |
| Ryan C. Hurley (7539) | Jackson C. Parmenter (8396) |
| Kiernan, Plunkett & Redihan, LLP | Kelly, Souza, Rocha & Parmenter, P.C. |
| 146 Westminster St., 5th Floor | 128 Dorrance Street, Suite 300 |
| Providence, RI 02903 | Providence, RI 02903 |
| 401-831-2900 | 401-490-7334 |
| 401-331-7123   Fax | 401-490-7874 Fax |
| rhurley@kprlaw.com | jparmenter@ksrplaw.com |